

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Lynette  Starr v. A. J. Struss & Company

Appellate case number:   01-14-00702-CV

Trial court case number:  70046

Trial court:                149th District Court of Brazoria County

       It is ordered that Appellee's Motion for Rehearing is **denied**.


Justice's signature: /s/ Rebeca Huddle
                     Acting for the Court

Panel consists of:   Justices Keyes, Huddle, and Lloyd


Date: September 1, 2015